Oct 17, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60258-CR-COHN/SELTZER

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

MICHAEL ALI BRYANT SR.,
LATINA RASHAWN BRYANT,
TIFFANY SHENAE COOPER,
MARQUIS ONIGIRIN MOYE, and
ANGELA DIONE ROSIER,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as in and around November of 2011, the exact date being unknown to the Grand Jury, and continuing through on or about October 10, 2013, in Broward and Palm Beach Counties, in the Southern District of Florida and elsewhere, the defendants,

MICHAEL ALI BRYANT SR.,
LATINA RASHAWN BRYANT,
TIFFANY SHENAE COOPER,
MARQUIS ONIGIRIN MOYE, and
ANGELA DIONE ROSIER,

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a), namely:

(1) to knowingly, and with intent to defraud, possess fifteen (15) or more devices which are unauthorized access devices, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3); and

(2) to knowingly, and with intent to defraud, use one or more unauthorized access devices during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1. In or around January of 2012, **ANGELA ROSIER,** an employee of a medical services provider, approached **TIFFANY SHENAE COOPER** regarding making money by selling patient information from the medical services provider.

2. On or about June 19, 2012, **MICHAEL ALI BRYANT SR.** sold documents containing the names, addresses, and social security numbers of more than 200 patients of a medical services provider to a confidential source in exchange for $1000 in U.S. currency.

3. On or about June 10, 2012, **MICHAEL ALI BRYANT SR.** and **LATINA RASHAWN BRYANT** filed a federal income tax return using the name of D.L., and D.L.'s

social security number, directing that a refund in the amount of $3,944 be electronically deposited into an account controlled by **LATINA RASHAWN BRYANT**.

4. On or about June 26, 2012, **MICHAEL ALI BRYANT SR.** and **LATINA RASHAWN BRYANT** filed a federal income tax return using the name of A.C., and A.C.'s social security number, directing that a refund in the amount of $7,494 be electronically deposited into an account controlled by **LATINA RASHAWN BRYANT**.

5. On or about July 10, 2012, **MICHAEL ALI BRYANT SR.** filed a federal income tax return using the name of G.A., and G.A.'s social security number, directing that a refund in the amount of $1,455 be electronically deposited into an account controlled by **MICHAEL ALI BRYANT SR.**

6. On or about July 24, 2012, **MICHAEL ALI BRYANT SR.** and **LATINA RASHAWN BRYANT** maintained in their possession at their residence, names, addresses, and social security numbers for more than 1000 patients of the medical services provider.

7. On or about August 2, 2012, **TIFFANY SHENAE COOPER** attempted to access the patient database of the medical services provider using the username and password of a current employee.

8. On or about August 2, 2012, **TIFFANY SHENAE COOPER** spoke to **ANGELA DIONE ROSIER** to obtain user names and passwords for current employees of the medical services provider.

9. On about August 2, 2012, **ANGELA DIONE ROSIER** provided to **TIFFANY SHANAE COOPER** the username and password of a current employee of the medical services provider.

10. On or about August 23, 2012, **TIFFANY SHANAE COOPER** possessed names, addresses, and social security numbers for more than 1000 patients of a medical services provider at her residence.

11. On or about August 23, 2012, **MARQUIS ONIGIRIN MOYE** possessed identification information, including names and social security numbers for more than 15 individuals at his residence.

12. On or about November 29, 2012, **MARQUIS ONIGIRIN MOYE** attempted to purchase items at Walmart, using a visa card, XXXX-XXXX-XXXX-6547, issued to A.S., a patient of a medical services provider.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2

On or about June 19, 2012, in Broward County, in the Southern District of Florida, the defendant,

**MICHAEL ALI BRYANT SR.,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, namely social security numbers, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNT 3

On or about July 24, 2012, in Broward County, in the Southern District of Florida, the defendants,

**MICHAEL ALI BRYANT SR. and,**
**LATINA RASHAWN BRYANT,**

4

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, namely social security numbers, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 4 TO 18

On or about July 24, 2012, in Broward County, in the Southern District of Florida, the defendant,

### MICHAEL ALI BRYANT SR.,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully conspiring and agreeing with other persons known and unknown to the Grand Jury to knowingly and with the intent to defraud, possess fifteen (15) or more devices which are unauthorized access devices, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, and a felony violation of Title 18, United States Code, Section 1029(a)(3), that is knowingly and with intent to defraud, possess fifteen or more devices which are unauthorized access devices, as charged in Counts 2 and 3 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, namely social security numbers, as set forth below:

| Count | Means of Identification |
|---|---|
| 4 | social security number xxx-xx-xx56 belonging to B.L. |
| 5 | social security number xxx-xx-xx67 belonging to D.L. |
| 6 | social security number xxx-xx-xx46 belonging to A.C. |
| 7 | social security number xxx-xx-xx14 belonging to G.A. |
| 8 | social security number xxx-xx-xx77 belonging to A.C. |
| 9 | social security number xxx-xx-xx24 belonging to E.L. |

| 10 | social security number xxx-xx-xx63 belonging to E.L. |
|----|---|
| 11 | social security number xxx-xx-xx45 belonging to C.L. |
| 12 | social security number xxx-xx-xx01 belonging to A.B. |
| 13 | social security number xxx-xx-xx19 belonging to C.L. |
| 14 | social security number xxx-xx-xx65 belonging to A.A. |
| 15 | social security number xxx-xx-xx16 belonging to A.C. |
| 16 | social security number xxx-xx-xx72 belonging to A.L. |
| 17 | social security number xxx-xx-xx44 belonging to C.L. |
| 18 | social security number xxx-xx-xx22 belonging to E.L. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 19

On or about August 23, 2012, in Broward County, in the Southern District of Florida, the defendant,

**TIFFANY SHENAE COOPER,**

did knowingly and with intent to defraud, possess fifteen (15) or more unauthorized access devices, namely social security numbers, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 20 TO 34

On or about August 23, 2012, in Broward County, in the Southern District of Florida, the defendant,

**TIFFANY SHANAE COOPER,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully conspiring and agreeing with other persons known and unknown to the Grand Jury to knowingly and with the intent to defraud, possess fifteen (15) or more devices which are unauthorized access devices, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, and a felony violation of Title 18, United States Code, Section 1029(a)(3), that is knowingly and with intent to defraud, possess fifteen or more devices which are unauthorized access devices, as charged in Count 19 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, namely social security numbers, as set forth below:

| Count | Means of Identification |
|---|---|
| 20 | social security number xxx-xx-xx56 belonging to B.L. |
| 21 | social security number xxx-xx-xx46 belonging to A.B. |
| 22 | social security number xxx-xx-xx81 belonging to A.L. |
| 23 | social security number xxx-xx-xx33 belonging to E.M. |
| 24 | social security number xxx-xx-xx40 belonging to G.B. |
| 25 | social security number xxx-xx-xx17 belonging to I.B. |
| 26 | social security number xxx-xx-xx99 belonging to M.B. |
| 27 | social security number xxx-xx-xx88 belonging to R.C. |
| 28 | social security number xxx-xx-xx67 belonging to R.B. |
| 29 | social security number xxx-xx-xx60 belonging to C.H. |
| 30 | social security number xxx-xx-xx00 belonging to L.L. |
| 31 | social security number xxx-xx-xx76 belonging to C.S. |

| 32 | social security number xxx-xx-xx49 belonging to A.B. |
| 33 | social security number xxx-xx-xx31 belonging to M.B. |
| 34 | social security number xxx-xx-xx95 belonging to S.L. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 35

On or about August 23, 2012, in Broward County, in the Southern District of Florida, the defendant,

**MARQUIS ONIGIRIN MOYE,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, namely social security numbers, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 36 TO 50

On or about August 23, 2012, in Broward County, in the Southern District of Florida, the defendant,

**MARQUISE ONIGIRIN MOYE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully conspiring and agreeing with other persons known and unknown to the Grand Jury to knowingly and with the intent to defraud, possess fifteen (15) or more devices which are unauthorized access devices, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, and a felony violation of Title 18, United States Code, Section 1029(a)(3), that is knowingly and with intent to defraud, possess fifteen or more devices which are unauthorized access devices, as charged in Count 35 of this Indictment,

did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, namely social security numbers, as set forth below:

| Count | Means of Identification |
|---|---|
| 36 | social security number xxx-xx-xx49 belonging to S.B. |
| 37 | social security number xxx-xx-xx97 belonging to H.B. |
| 38 | social security number xxx-xx-xx92 belonging to M.P. |
| 39 | social security number xxx-xx-xx95 belonging to A.F. |
| 40 | social security number xxx-xx-xx22 belonging to B.H. |
| 41 | social security number xxx-xx-xx53 belonging to K.Z. |
| 42 | social security number xxx-xx-xx78 belonging to B.P. |
| 43 | social security number xxx-xx-xx33 belonging to D.P. |
| 44 | social security number xxx-xx-xx29 belonging to D.W. |
| 45 | social security number xxx-xx-xx78 belonging to J.L. |
| 46 | social security number xxx-xx-xx29 belonging to R.I. |
| 47 | social security number xxx-xx-xx73 belonging to J.W. |
| 48 | social security number xxx-xx-xx60 belonging to E.A. |
| 49 | social security number xxx-xx-xx62 belonging to J.K. |
| 50 | social security number xxx-xx-xx47 belonging to B.S. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 51

On or about June 10, 2012, in Broward County, in the Southern District of Florida, the defendant,

### LATINA RASHAWN BRYANT,

did knowingly and with intent to defraud, traffic in and use one or more unauthorized access devices, during any one year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 52 and 53

On or about July 24, 2012, in Broward County, in the Southern District of Florida, the defendant,

### LATINA RASHAWN BRYANT,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully conspiring and agreeing with other persons known and unknown to the Grand Jury, to knowingly and with the intent to defraud possess fifteen (15) or more devices which are unauthorized access devices, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, and during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly and with intent to defraud, traffic in and use one or more unauthorized access devices, during any one year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce as charged in Count 51, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, namely social security numbers, as set forth below:

| Count | Means of Identification |
|---|---|
| 52 | social security number xxx-xx-xx85 belonging to G.A |
| 53 | social security number xxx-xx-xx77 belonging to A.C. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **CRIMINAL FORFEITURE**

1.   The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which each of the defendants, **MICHAEL ALI BRYANT SR., LATINA RASHAWN BRYANT, TIFFANY SHENAE COOPER, MARQUIS ONIGIRIN MOYE, and ANGELA DIONE ROSIER,** has an interest.

2.   Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, each defendant shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3.   The property subject to forfeiture includes, but is not limited a forfeiture money judgment in the amount of $279,994.00 in United States currency, which sum represents proceeds the defendants obtained as the result of the violations.

All pursuant to Title 18, United States Code, Sections 1029(c)(1)(C) and 982(a)(2)(B), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Sections 982(b) and 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
CYNTHIA R. WOOD
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MICHAEL ALI BRYANT, SR, et al.,

        Defendants.
_____ /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

   ____ Miami    ____ Key West
   _X__ FTL    ____ WPB    ____ FTP

New Defendant(s)    Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect _____

4. This case will take __6__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   ____
   - II   6 to 10 days   _X_
   - III   11 to 20 days   ____
   - IV   21 to 60 days   ____
   - V   61 days and over   ____

   (Check only one)
   - Petty   ____
   - Minor   ____
   - Misdem.   ____
   - Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes: _____
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No.   13-6462 Hunt
   Related Miscellaneous numbers:   N/A
   Defendant(s) in federal custody as of   Latina Bryant 8/22/13, Angela Rosier, Marquis Moye 10/11/13
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

                                        _____
                                        CYNTHIA R. WOOD
                                        ASSISTANT UNITED STATES ATTORNEY
                                        COURT ID NO. A5501329

*Penalty Sheet(s) attached                                                                           REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MICHAEL ALI BRYANT, SR.

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:** Five (5) years' Imprisonment

Counts #: 2-3

Possession of 15 or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** Ten (10) years' Imprisonment

Counts #: 4-18

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** Two (2) years consecutive to any other sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  LATINA RASHAWN BRYANT

**Case No:** _____

Count #: 1

  Conspiracy to Commit Access Device Fraud

  Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:**     Five (5) years' Imprisonment

Count #: 3

  Possession of 15 or More Unauthorized Access Devices

  Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:**     Ten (10) years' Imprisonment

Count #: 51

  Use and Trafficking of Unauthorized Access Devices

  Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:**     Ten (10) years' Imprisonment

Counts #: 52-53

  Aggravated Identity Theft

  Title 18, United States Code, Section 1028(A)(1)

**\*Max. Penalty:**     Two (2) years consecutive to any other sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** TIFFANY SHENAE COOPER

**Case No:** _____

Count #: 1

   Conspiracy to Commit Access Device Fraud

   Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:**   Five (5) years' Imprisonment

Count #: 19

   Possession of 15 or More Unauthorized Access Devices

   Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:**   Ten (10) years' Imprisonment

Counts #: 20-34

   Aggravated Identity Theft

   Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**   Two (2) years' consecutive to any other sentence

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** MARQUIS ONIGIRIN MOYE

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:** Five (5) years' Imprisonment

Count #: 35

Possession of 15 or More Counterfeit and Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** Ten (10) years' Imprisonment

Counts #: 36-50

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** Two (2) years' consecutive to any other sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANGELA DIONE ROSIER

**Case No:** _____

Count #: 1

   Conspiracy to Commit Access Device Fraud

   Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:** Five (5) years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.